# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 4, 2008

133430 & (96)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TACCO FALCON POINT, INC.,
        Plaintiff/
        Counter-Defendant-Appellee,

v

DAVID M. CLAPPER,
        Defendant/Counter-Plaintiff/
        Third-Party Plaintiff-Appellant/
        Cross-Appellee,

v

ART MIDWEST, INC.,
        Intervening Third-Party
        Defendant-Appellee,

and

AMERICAN REALTY INVESTORS, INC., and
AMERICAN REALTY TRUST, INC.,
        Third-Party Defendants-Appellees/
        Cross-Appellants,

and

ART MIDWEST, L.P.,
        Third-Party Defendant.

SC: 133430
COA: 271525
Oakland CC: 2002-042917-CZ

_____/

On order of the Court, the application for leave to appeal the February 1, 2007 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would remand this case to the trial court for the reasons stated in the Court of Appeals dissenting opinion.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 4, 2008

t0528

Clerk